# KRASELNIK & LEE, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
FAX: 212-465-1181

---

| | |
|---|---|
| Robert L. Kraselnik, Esq. | C.K. Lee, Esq. |
| Direct: 212-465-1189 | Direct: 212-465-1188 |
| Email: robert@kraselniklee.com | Email: cklee@kraselniklee.com |

March 13, 2012

**Via ECF**
The Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Rodriguez Garcia v. Bae Cleaners, Inc. et. al.*
>         Docket No.: 10-cv-7804 (KBF)

Dear Judge Forrest,

    We are counsel to Defendants.  We are pleased to report the parties have amicably negotiated a final executed settlement agreement for this case.  As part of the settlement both parties agreed to maintain confidentiality of the settlement as an essential term of the agreement.  Accordingly, we respectfully request leave to submit the settlement agreement by either fax, email or ECF confidentially under seal.

    We thank Your Honor for considering this matter.


Respectfully submitted,

/s/ C.K. Lee

C.K. Lee, Esq.

cc:     All parties via ECF