UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED MAR 2 6 2012
```

-----------------------------------X
                                   :
JUAN RODRIGUEZ GARCIA,             :
                                   :
                      Plaintiff,   :    10 Civ. 7804 (KBF)
                                   :
           -v-                     :         ORDER
                                   :
BAE CLEANERS INC., et al.,         :
                                   :
                      Defendants.  :
                                   :
-----------------------------------X

KATHERINE B. FORREST, District Judge:

    Having received a proposed settlement agreement in this
Fair Labor Standards Act case,

    IT IS HEREBY ORDERED that the parties provide to the Court
the basis for its settlement calculations not later than April
9, 2012, so that the Court may scrutinize the proposed
settlement for fairness.

SO ORDERED:

Dated:    New York, New York
          March 26, 2012

                        K. B. Forrest
          _____
                KATHERINE B. FORREST
                United States District Judge